**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

HARRISON JAMES LARGO,

Petitioner,

v. No. 2:25-cv-0065-SMD-GBW

D.C. COLE, ADMINSTRATOR,

Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner Harrison James Largo's Petition for a Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE